All matters of procedure appear regular. The record is before us without a statement of facts or bills of exception, in the absence of which no question is presented for review.

The judgment is therefore affirmed.

The record before the Court contains neither a bill of exception nor statement of facts. The proceedings appear to be regular and no question is presented for review.

The judgment of the trial court is affirmed.

### SHACKLEY v. STATE.
No. 25119.

Court of Criminal Appeals of Texas.

Jan. 24, 1951.

### SHACKLEY v. STATE.
No. 25120.

Court of Criminal Appeals of Texas.

Jan. 24, 1951.

None on appeal, for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

None on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

MORRISON, Judge.

Appellant was charged with the sale of whisky in a dry area. He pleaded guilty before the court, having waived a trial by jury. The court found him guilty and assessed his punishment at a fine of $100.

MORRISON, Judge.

Appellant was charged by complaint and information with the sale of liquor in a dry area. He waived a trial by jury and pleaded guilty before the court. The court found him guilty and assessed his punishment at a fine of $100.